

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00013-CV

James T. **MAXWELL**,
Appellant

v.

**FROST BANK**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI04798
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the appellant.

SIGNED March 4, 2020.

_____
Liza A. Rodriguez, Justice